IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO.  3:09-CR-215-M-BK |
| | § | |
| STEVEN EDGAR SIMPSON | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Fndings, Conclusions, and a Recommendation

in this case.  No objections were filed.  The District Court reviewed the proposed Findings,

Conclusions, and Recommendation for plain error.  Finding none, the Court **ACCEPTS** the

Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this ____ day of October, 2014.

THE HONORABLE BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE